IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CV-121-BR

| | |
|---|---|
| OWEN HARTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BURLINGTON COAT FACTORY | ) |
| WAREHOUSE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

This case comes before the court on plaintiff's motion (D.E. 12) to strike defendant's jury demand. In response to plaintiff's motion, defendant has withdrawn its demand for a jury trial (D.E. 15). Accordingly, plaintiff's motion to strike defendant's jury demand is DENIED as MOOT.

SO ORDERED, this 24 day of November, 2010.

James E. Gates
United States Magistrate Judge